**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KEITH ELLISON,

    Plaintiff,

v.                                            CASE NO.: 8:18-cv-01046-EAK-JSS

CAPITAL ONE BANK,

    Defendant.

_____./

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Keith Ellison, and the Defendant, Capital One Bank, (USA), N.A., identified as "Capital One Bank" pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

| | |
|---|---|
| */s/ Amanda J. Allen, Esq.* | */s/ Megan P. Stephens, Esq.* |
| Amanda J. Allen, Esquire | Megan P. Stephens, Esquire |
| Florida Bar No. 98228 | Bar No. 92557 |
| Amanda@TheConsumerProtectionFirm.com | Megan.Stephens@burr.com |
| THE CONSUMER PROTECTION FIRM | BURR & FORMAN, LLP |
| 4030 Henderson Blvd. | 420 N. 20TH Street, Suite 3400 |
| Tampa, FL 33629 | Birmingham, AL 35203 |
| Tele: (813) 500-1500 | Tele: (205) 251-3000 |
| Fax: (813) 435-2369 | Fax: (205) 714-6893 |
| ***Attorney for Plaintiff*** | ***Attorney for Defendant*** |

## **CERTIFICATE OF SERVICE**

      I certify that on March 7, 2019, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                                *s/Amanda J. Allen, Esq.*
                              **Amanda J. Allen, Esquire**
                              Florida Bar No. 98228
                              Amanda@TheConsumerProtectionFirm.com
                              Shenia@TheConsumerProtectionFirm.com
                              THE CONSUMER PROTECTION FIRM, PLLC
                              4030 Henderson Blvd.
                              Tampa, FL 33629
                              Tele:  (813) 500-1500
                              Fax:  (813) 435-2369
                              ***Attorney for Plaintiff***